No. 07-16-00017-CV

| Marilyn Lee Ingram | § | From the 423rd District Court |
| Appellant | | of Bastrop County |
| | § | |
| v. | | October 4, 2016 |
| | § | |
| Dennis M. Perrotta and Shari Perrotta | | Opinion Per Curiam |
| Appellees | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 4, 2016, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o